My attorney Sean P. Cooper, did not advise me when this was due. I completed when I received the order from your office Sat. May 12, 2012