Rene M. Stewart

8658 W. Fairy Chasm Drive

Milwaukee, WI 53224

FILED-MAIL

2012 OCT -9 PM 1:15

US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

October 5, 2012

Honorable Judge Susan V. Kelley

U S Courthouse

517 East Wisconsin Ave

Milwaukee, WI 53202-4581

RE: Case #1120755

Your Honor,

On October 4, 2012, I spoke to an investigator from the Office of Lawyer Regulation, regarding my Attorney Sean Cooper. She suggested that I write to you to request that my Chapter 7 case be reopened so that I may obtain a discharge. I paid Attorney Cooper to reopen this case after hearing from your office in May 2012 that it was closed without discharge and I just found out recently that he never refiled it.

I am also requesting a waiver of the filing fee as I already paid Atty. Cooper to file it and I have not been able to contact him or anyone in his office, therefore I have filed a grievance with the Office of Lawyer Regulation.

Thank you in advance for your consideration.

Sincerely,

*Rene M. Stewart* (signature)

Rene M. Stewart



# Supreme Court of Wisconsin

**OFFICE OF LAWYER REGULATION**
110 EAST MAIN STREET, SUITE 315
MADISON, WI 53703-3383
Telephone: (608) 267-7274 Ext. 1
Toll Free: (877) 315-6941 Ext. 1
Fax: (608) 267-1959
Web Site: www.wicourts.gov/olr

**KEITH L. SELLEN**
DIRECTOR

**CENTRAL INTAKE**

ELIZABETH ESTES
DEPUTY DIRECTOR

**INVESTIGATORS:**

JONATHAN ZEISSER
CATHE J. HAHN
CYNTHIA SCHALLY
ALICE O'MAHAR
NELSON DONOVAN

September 17, 2012

**PERSONAL AND CONFIDENTIAL**
Ms. Rene Stewart
8658 W. Fairy Chasm Drive
Milwaukee, WI 53224

Dear Ms. Stewart:

We have received your telephonic grievance. An Intake Investigator will be assigned to your grievance. The Intake Investigator assigned to your grievance will contact you by correspondence or telephone if applicable.

In the meantime, please take this opportunity to gather any information that is pertinent to your grievance for the initial communication with your Intake Investigator.

Because we receive a high volume of inquiries, we request that you wait for the Intake Investigator to contact you. If you have phone and address changes, please notify our office.

Thank you for bringing this matter to our attention.

OFFICE OF LAWYER REGULATION